O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1869 AHM (JTLx) | Date | August 5, 2008 |
|---|---|---|---|
| Title | JAMES W SMITTICK v. RADIO STATION 93.5 KDAY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On March 19, 2008, Plaintiff James W. Smittick, who is proceeding *pro se*, filed suit against Defendant Radio Station 93.5 KDAY. The two-page complaint sets forth incomprehensible allegations. On July 11, 2008, Defendant moved to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Plaintiff has not filed any opposition papers. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. Accordingly, the Court GRANTS Defendant's motion to dismiss without prejudice.[1] Plaintiff may file an amended complaint. If he wishes to do so, it must be filed by not later than August 18, 2008. This is not a ruling on the merits of Plaintiff's claims or comparable claims. No hearing is necessary. Fed. R. Civ. P. 78(b); L. R. 7-15.

:

Initials of Preparer   SMO

**Make JS-6**

---

[1] Dkt. No. 6.